

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-92,797-01

### IN RE MICHAEL ORRVILLE ANDERSON, II, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 18-24781 IN THE 440TH DISTRICT COURT
### FROM CORYELL COUNTY

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus under this Court's original jurisdiction. He contends that he filed an application for a writ of habeas corpus and two amended applications in Coryell County and his applications have not been properly forwarded to this Court.

Respondent, the District Clerk of Coryell County, shall forward Relator's habeas applications to this Court, respond that Relator has not filed a habeas application in Coryell County, or forward a copy of an order designating issues together with correspondence documenting the dates the State received Relator's habeas applications. *See* TEX. CODE CRIM. PROC. art. 11.07, § 3(c) and (d); TEX. R. APP. P. 73.4(b)(5). This motion for leave to file will be held. Respondent shall comply with this

order within thirty days from the date of this order.

Filed: July 14, 2021
Do not publish